UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:25 CR 364 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| TAYJHON BAUGH, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jennifer Dowdell Armstrong, regarding the change of plea hearing of Tayjhon Baugh, which was referred to the Magistrate Judge with the consent of the parties.

On July 23, 2025 the government filed a 2 count Indictment, charging Defendant Tayjhon Baugh with Possession of a Machine Gun, in violation of Title 18 U.S.C. § 922(o) and 924(a)(2) and Possession of an Unregistered Firearm in violation of Title 26 U.S. C. § 5841, 5861(d) and 5871. On August 6, 2025, Magistrate Judge James E. Grimes held an arraignment, at which time Mr. Baugh entered a plea of not guilty to the charges. On March 9, 2026 Magistrate Judge Armstrong received Defendant's plea of guilty to counts 1 and 2 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Tayjhon Baugh is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Tayjhon Baugh is adjudged guilty to counts 1 and 2 of the Indictment in violation of Titles 18 U.S.C. § 922(o) and 924(a)(2) and 26 U.S. C. § 5841, 5861(d) and 5871. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on June 15, 2026 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 24, 2026